

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS QUINTANILLA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:24-CV-4160 |
| | § | |
| JASON BROWN, C R TRANSPORT, | § | JURY DEMAND |
| INC., AND LYONDELL CHEMICAL | § | |
| COMPANY | § | |
| | § | |
| *Defendants.* | § | |

**EXHIBIT A**
**INDEX OF ALL DOCUMENTS**

| EXHIBIT | DOCUMENT | DATE FILED |
|---|---|---|
| **A-1-** | Plaintiff's Original Petition | 09/02/2024 |
| **A-2** | ROS for Defendant LLC | 09/18/2024 |
| **A-3** | ROS for Defendant C R | 10/01/2024 |
| **A-4** | ROS for Defendant Jason Brown | 10/02/2024 |
| **A-5** | Defendant LCC's Original Answer | 09/24/2024 |
| **A-6** | Defendant Jason Brown's Original Answer | 10/21/2024 |
| **A-7** | Defendant C R's Original Answer | 10/21/2024 |
| **A-8** | Scheduling Order | 10/21/2024 |
| **B** | Civil Cover Sheet | N/A |
| **C** | List of Counsel | N/A |
| **D** | State Court's Docket Sheet | N/A |
| **E** | LLC's Consent to Removal | N/A |

**EXHIBIT A TO NOTICE OF REMOVAL – INDEX OF ALL DOCUMENTS**          **SOLO PAGE**
2751.102