9/18/2024 10:14 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 92199022
By: Angelica Rodriguez
Filed: 9/18/2024 10:14 PM

CAUSE NO. 202458616

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1029278

EML   TRACKING NO: 74371459

| | |
|---|---|
| Plaintiff:<br>QUINTANILLA, CARLOS (JR)<br>vs.<br>Defendant:<br>BROWN, JASON | In The 055th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |



EXHIBIT
**A-2**

### CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

To:  LYONDELL CHEMICAL COMPANY (A FOREIGN FOR PROFIT CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on September 3, 2024 in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on September 5, 2024, under my hand and seal of said court.

Issued at the request of:

Aziz, Muhammad S.
800 Commerce

Houston, TX  77002
713-222-7211
Bar Number: 24043538

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE     Houston  Texas
77002
(PO Box 4651, Houston, Texas
77210)

Generated By:WANDA CHAMBERS

Certified Document Number: 116537635 - Page 1 of 2

Tracking Number: 74371459

CAUSE NUMBER: 202458616

PLAINTIFF: QUINTANILLA, CARLOS (JR)

vs.

DEFENDANT: BROWN, JASON

In the 055th

Judicial District Court of

Harris County, Texas

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at __9__ o'clock _A_. M. on the __5__ day of _September_, 20_24_. Executed at

(Address) _1999 Bryan St STE 900 Dallas, TX 75204_ in

_Dallas_ County, at _9_ o'clock _A_. M. On the __9__ day of _September_, 20_24_, by    By delivering to Haile Greenlee-D/R

Delivering to _Lyondell Chemical Co. c/b its R/A CT corporation_ defendant, in person, a true copy of this Citation together with the accompanying ___ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this __14__ day of _September_, 20_24_

Fees $ _____

PSC # 61843 exp 6.30.25

_Camryn Espinosa_
Affiant                                                          Deputy

On this day, _Camryn Espinosa_, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this __9__ day of _September_, 20_24_

                                                          Notary Public



Andrew R Espinosa
My Commission Expires
2/25/2026
Notary ID
10272162
NOTARY PUBLIC STATE OF TEXAS

Certified Document Number: 116537635 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 28, 2024

Certified Document Number:        116537635 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**