10/1/2024 7:48 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 92676804
By: Patricia Gonzalez
Filed: 10/1/2024 7:48 PM

CAUSE NO. 202458616

COPY OF PLEADING PROVIDED BY PLT

**EXHIBIT A-3**

RECEIPT No. 1029278
EML  TR# 74371457

Plaintiff:
QUINTANILLA, CARLOS (JR)
vs.
Defendant:
BROWN, JASON

In The 055th
Judicial District Court of
Harris County, Texas
201 CAROLINE
Houston, Texas

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

To:   C R TRANSPORT INC (A FOREIGN FOR PROFIT CORPORATION) BY SERVING ITS REGISTERED AGENT
FRANK J CORTINA (JR)
124 W WASHINGTON STREET, MORRIS IL 60450

      Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on September 3, 2024 in the above cited cause number and court.
The instrument attached describes the claim against you.

      YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

      This citation was issued on September 5, 2024, under my hand and seal of said court.

Issued at the request of:

Aziz, Muhammad S.
800 Commerce
Houston, TX  77002
713-222-7211
Bar Number: 24043538



Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO Box 4651, Houston, TX 77210)

Generated By: WANDA CHAMBERS

Certified Document Number: 116765685 - Page 1 of 2

Tracking Number: 74371457

CAUSE NUMBER: 202458616

PLAINTIFF: QUINTANILLA, CARLOS (JR)                    In the 055th

  vs.                                         Judicial District Court of

DEFENDANT: BROWN, JASON                                Harris County, Texas

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at __3:00__ o'clock __P__. M. on the __9th__ day of __September__, 20_24_. Executed at

(Address) __124 West Washington Street Morris, IL 60450__

_____ in

__Grundy__ County at 10:23 o'clock __A__. M. On the __27th__ day of __September__, 20_24_, by __Brian Taylor__

Delivering to __J.C. Lawson, Registered Agent For C R Transport Inc.__ defendant, in person, a true copy of this Citation together with the accompanying __1__ copy(ies) of the Petition. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this __30th__ day of __September__, 20 24

Fees $_____

By_____
    Affiant

                                                  Prcess Server

                                                  ~~Deputy~~

On this day, __Brian Taylor__, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this __30th__ day of __September__, 20__

9/30/24

                                                  Notary Public

**OFFICIAL SEAL**
**MATTHEW L UTHE**
**NOTARY PUBLIC, STATE OF ILLINOIS**
**MY COMMISSION EXPIRES: 1/13/2027**

Certified Document Number: 116765685 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 28, 2024

Certified Document Number:        116765685 Total Pages:  2

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**