10/2/2024 8:13 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 92728594
By: Patricia Gonzalez
Filed: 10/2/2024 8:13 PM

CAUSE NO. 202458616

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 1029278

EML

TRACKING #: 74371465

Plaintiff: QUINTANILLA, CARLOS (JR)

vs.

Defendant: BROWN, JASON



In The 055th
Judicial District Court of
Harris County, Texas

Houston, Texas

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

To:    **BROWN, JASON**
       111 VINSON STREET
       WEST MONROE LA 71292

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on 9/3/2024, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on September 5, 2024, under my hand and seal of said court.

Issued at the request of:
Aziz, Muhammad S.
800 Commerce
Houston, TX  77002
713-222-7211

Bar Number: 24043538

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: WANDA CHAMBERS

Certified Document Number: 116787367 - Page 1 of 2

## AFFIDAVIT OF SERVICE

| Case: 202458616 | Court: IN THE 055th Judicial District Court of Harris County, Texas | County: Harris | Job: 11751903 |
|---|---|---|---|
| Plaintiff / Petitioner: CARLOS QUINTANILLA JR. | | Defendant / Respondent: JASON BROWN | |
| Received by: OIS | | For: Quick Serve Process Service | |
| To be served upon: Jason Brown | | | |

I, Joey Cruse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jason Brown, 111 Vinson Street, West Monroe, LA 71292

**Manner of Service:** Personal/Individual, Sep 28, 2024, 10:20 am CDT

**Documents:** Citation - Non Resident, Plaintiff's Original Petition - Received Sep 5, 2024 at 9:07am CDT

**Additional Comments:**

1) Unsuccessful Attempt: Sep 7, 2024, 1:08 pm CDT at 111 Vinson Street, West Monroe, LA 71292
The investigator arrived at the provided address and knocked on the door. The door was answered by a female who stated that the subject was not present. She identified herself as the subject's wife Christina. She stated that the subject is a truck driver and she did not know when he would be home.

2) Unsuccessful Attempt: Sep 10, 2024, 7:10 pm CDT at 111 Vinson Street, West Monroe, LA 71292
The investigator arrived at the provided address and knocked on the door several times with no answer. There was no light or sound observed from within the residence. No vehicles were present.

3) Unsuccessful Attempt: Sep 17, 2024, 9:13 am CDT at 111 Vinson Street, West Monroe, LA 71292
The investigator arrived at the provided address and knocked on the door. The subject's wife Christine answered the door. She stated that the subject was not home as he was currently driving. She did not know when he would return.

4) Successful Attempt: Sep 28, 2024, 10:20 am CDT at 111 Vinson Street, West Monroe, LA 71292 received by Jason Brown. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 240; Height: 5'7"; Hair: Bald;
The investigator arrived at the provided address and knocked on the door. The door was answered by a male who identified themself as the subject. The investigator personally served the provided documents.

Joey Cruse      Date 10-2-24

Ouachita Investigative Services LLC
PO Box 873
West Monroe, LA 71294
3188840092

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 10/2/24      Commission Expires

JAMIE HODGE BADER
Notary Public
Notary ID No. 147378
Morehouse Parish, Louisiana

Certified Document Number: 116787367 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 28, 2024

Certified Document Number:        116787367 Total Pages:  2

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**