9/24/2024 1:28 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 92388539
By: Ozuqui Quintanilla
Filed: 9/24/2024 1:28 PM

**EXHIBIT**

**A-5**

**CAUSE NO. 2024-58616**

| | | |
|---|---|---|
| CARLOS QUINTANILLA JR., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | HARRIS COUNTY, TEXAS |
| JASON BROWN, CR TRANSPORT, | § | |
| INC., and LYONDELL CHEMICAL | § | |
| COMPANY, | § | |
| | § | |
| Defendants | § | 55th JUDICIAL DISTRICT |

## DEFENDANT LYONDELL CHEMICAL COMPANY'S ORIGINAL ANSWER

Lyondell Chemical Company ("LyondellBasell" or "Defendant") files this Original Answer to Carlos Quintanilla, Jr.'s ("Plaintiff") Original Petition.

### I.    GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, LyondellBasell generally denies each and every allegation in Plaintiff's operative petition and demands strict proof of same at trial.

### II.    VERIFIED DENIALS

In accordance with Rule 93 of the Texas Rules of Civil Procedure, LyondellBasell specifically denies that it employed, engaged, contracted with, or otherwise specifically utilized CR Transport, Inc. to transport LyondellBasell equipment or materials on the day of the subject incident and therefore, LyondellBasell is neither a property party, nor liable in the capacity in which it has been sued.

### III.    AFFIRMATIVE AND OTHER DEFENSES

Subject to and without waiving its general denial, and pleading in the alternative, to the extent necessary, LyondellBasell alleges the following affirmative and other defenses. By setting

Certified Document Number: 116628384 - Page 1 of 6

forth these affirmative and other defenses, LyondellBasell neither assumes the burden of proving any fact, issue, or element, nor admits any of Plaintiff's allegations.

1.    Plaintiff's causes of action and/or damages are barred in whole or in part because the actions alleged, to the extent such actions occurred, were not authorized, adopted, or ratified by LyondellBasell.

2.    Plaintiff's petition fails to state a claim against LyondellBasell for which relief can be granted.

3.    Damages claimed by Plaintiff were solely or partially and/or proximately caused by one or more new, independent, intervening and/or superseding causes, acts or omissions of persons or entities over which Defendant had no control, authority, or responsibility.

4.    Damages claimed by Plaintiff were solely or partially and/or proximately caused by the acts, carelessness, omissions, and/or negligence of other persons or entities over whom Defendant had no control or responsibility. Such acts or omissions were the sole cause, sole proximate cause, producing cause, or a new and independent intervening or superseding cause of the alleged damages, if any, to Plaintiff.

5.    Plaintiff's causes of action and/or damages are barred in whole or in part because they resulted, if at all, from unanticipated and unforeseeable acts by others.

6.    Plaintiff's alleged injuries and damages were caused by the criminal act of a third person, Jason Brown.

7.    In the unlikely event that Plaintiff establishes any right of recovery, the alleged occurrences in question were solely caused or proximately caused by others. Accordingly, LyondellBasell pleads the application of the provisions of Chapters 32 and 33 of the Texas Civil

Certified Document Number: 116628384 - Page 2 of 6

Practice and Remedies Code and requests that any damages be assessed in accordance with those provisions.

8. In the unlikely event that Plaintiff's claims for punitive or exemplary damages are submitted to the trier of fact. LyondellBasell invokes the protection of all constitutional. statutory and common-law limitations on Plaintiff's request for and ability to recover exemplary damages, including without limitation Article 1. Section 13 of the Texas Constitution, Chapter 41 of the Texas Civil Practice and Remedies Code. *State Farm Mut. Auto Ins. Co. v. Campbell*, 538 U.S. 408 (2003); *Tony Gullo Motors v. Chapa*, 212 S.W.2d 299 (Tex. 2006).

9. Plaintiff's claims are barred, in whole or in part, because LyondellBasell's acts and/or omissions were not the proximate cause of any injury or harm alleged by Plaintiff.

10. LyondellBasell invokes the defense of failure to mitigate damages.

11. LyondellBasell invokes Section 41.0105 of the Texas Civil Practice and Remedies Code and requests that, to the extent Plaintiff seeks recovery of medical or healthcare expenses, the evidence to prove such loss be limited to the amount paid by or on behalf of Plaintiff, as opposed to the amount charged.

12. Pursuant to the Texas Civil Practice and Remedies Code, including but not limited to Section 18.091, Plaintiff's alleged earnings, loss of earning capacity, and/or loss of contributions of pecuniary value must be presented in the form of a net loss after reduction for income tax payments or unpaid tax liability.

LyondellBasell reserves the right to assert additional affirmative defenses to the extent allowed under Texas law.

3

**REQUEST FOR RELIEF**

Lyondell Chemical Company denies that Plaintiff is entitled to any relief and respectfully requests that Plaintiff take nothing by way of his claims, and for all other relief it may be justly entitled.

Respectfully submitted,

**HICKS DAVIS WYNN, P.C.**

/s/ Forrest J. Wynn
Forrest J. Wynn
Texas Bar No. 24037750
Mary D. Borrego
Texas Bar No. 24107709
Abby Lampercht
Texas Bar No. 24140753
3555 Timmons Lane, Suite 1000
Houston, Texas 77027
Telephone (713) 589-2240
Facsimile (713) 277-7220
fwynn@hdwlegal.com
mborrego@hdwlegal.com
alampercht@hdwlegal.com

**ATTORNEYS FOR DEFENDANT
LYONDELL CHEMICAL COMPANY**

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2024 the foregoing document was served on all counsel of record through the Court's e-filing system.

/s/Mary D. Borrego

4

Certified Document Number: 116628384 - Page 4 of 6

## VERIFICATION

My name is Paul Kucharczyk. I am over the age of eighteen (18) years old and am duly qualified and authorized to make this verification on behalf of Lyondell Chemical Company. I have read the Defendant Lyondell Chemical Company's Original Answer and declare under penalty of perjury that the statements contained in Section II. VERIFIED DENIALS, are true and correct and are within my personal knowledge.

Executed on September 24 , 2024 in Harris County, Texas.



Certified Document Number: 116628384 - Page 5 of 6

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lindsey Kenning on behalf of Cynthia Albarran
Bar No. 24127149
lkenning@hdwlegal.com
Envelope ID: 92388539
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendant Lyondell Chemical Company's Original Answer
Status as of 9/24/2024 1:44 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Muhammad S.Aziz | | maziz@awtxlaw.com | 9/24/2024 1:28:56 PM | SENT |
| Jessica L.Dean | | jdean@awtxlaw.com | 9/24/2024 1:28:56 PM | SENT |
| Morgan Mills | | mmills@awtxlaw.com | 9/24/2024 1:28:56 PM | SENT |
| Shane Pellerin | | shane@pellerinlawfirm.com | 9/24/2024 1:28:56 PM | SENT |
| Forrest Wynn | | fwynn@hdwlegal.com | 9/24/2024 1:28:56 PM | SENT |
| Abby Lamprecht | | alamprecht@hdwlegal.com | 9/24/2024 1:28:56 PM | SENT |
| Mary  Borrego | | mborrego@hdwlegal.com | 9/24/2024 1:28:56 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 28, 2024

Certified Document Number:        116628384 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**