Case No. 202458616                                    **DCORX**

QUINTANILLA, CARLOS (JR)        *    IN THE DISTRICT COURT OF

vs.                                                  *    HARRIS COUNTY, TEXAS

BROWN, JASON                                         *    55th JUDICIAL DISTRICT
                                                     *
                                                     *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 3/13/2025**    **JOINDER.**  All parties must be added and served, whether by amendment or third-party practice. The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.

**2.**    **EXPERT WITNESS DESIGNATION.**  Parties must designate expert witnesses and furnish the information set forth under Rule 194.2(f) as follows:

**(a) 5/12/2025**    Experts for parties seeking affirmative relief.
**(b) 6/11/2025**    All other experts.

**3. 7/28/2025**    **MEDIATION.**  Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4. 8/11/2025**    **DISCOVERY.**  Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**    **DISPOSITIVE MOTIONS.**  Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a)**    No-evidence motions for summary judgment may only be heard after this date.
**(b) 8/11/2025**    All dispositive motions or pleas must be heard.

**6. 8/11/2025**    **CHALLENGES TO EXPERT TESTIMONY**.  All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 7/11/2025**    **PLEADINGS**.  Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 8/22/2025**    **DOCKET CALL.**  Parties must be prepared to discuss all aspects of trial with the Court at TIME: 09:00 AM. Failure to appear will be grounds for dismissal for want of prosecution.

**9. 9/9/2025**    **TRIAL.**  This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED

JASON BROWN                                2               **LATOSHA LEWIS PAYNE**
111 VINSON STREET                                          **JUDGE, 55TH DISTRICT COURT**
WEST MONROE, LA 71292                                      **Date Generated: 10/21/2024**    JCVO02

Case No. 202458616          **DCORX**

| | | |
|---|---|---|
| QUINTANILLA, CARLOS (JR) | * | IN THE DISTRICT COURT OF |
| | * | |
| vs. | * | HARRIS COUNTY, TEXAS |
| | * | |
| BROWN, JASON | * | 55th JUDICIAL DISTRICT |
| | * | |

## SCHEDULING AND DOCKET CONTROL ORDER

         The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 3/13/2025**      **JOINDER**. All parties must be added and served, whether by amendment or third-party practice. <u>The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.</u>

**2.**      **EXPERT WITNESS DESIGNATION**. Parties must designate expert witnesses and furnish the information set forth under Rule 194.2(f) as follows:

**(a) 5/12/2025**      Experts for parties seeking affirmative relief.
**(b) 6/11/2025**      All other experts.

**3. 7/28/2025**      **MEDIATION.** Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4. 8/11/2025**      **DISCOVERY.** Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**      **DISPOSITIVE MOTIONS.** Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a)**      No-evidence motions for summary judgment may only be heard after this date.
**(b) 8/11/2025**      All dispositive motions or pleas must be heard.

**6. 8/11/2025**      **CHALLENGES TO EXPERT TESTIMONY**. All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 7/11/2025**      **PLEADINGS**. Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 8/22/2025**      **DOCKET CALL.** Parties must be prepared to discuss all aspects of trial with the Court at TIME: 09:00 AM. <u>Failure to appear will be grounds for dismissal for want of prosecution.</u>

**9. 9/9/2025**      **TRIAL.** This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED

C R TRANSPORT INC
124 W WASHINGTON ST
MORRIS, IL 60450

3

**LATOSHA LEWIS PAYNE**
**JUDGE, 55TH DISTRICT COURT**
**Date Generated: 10/21/2024**      JCVO02

Case No. 202458616                                                    **DCORX**

QUINTANILLA, CARLOS (JR)             *          IN THE DISTRICT COURT OF
                                     *
vs.                                  *          HARRIS COUNTY, TEXAS
                                     *
BROWN, JASON                         *          55th JUDICIAL DISTRICT
                                     *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 3/13/2025**    **JOINDER**.  All parties must be added and served, whether by amendment or third-party practice. The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.

**2.**    **EXPERT WITNESS DESIGNATION**.  Parties must designate expert witnesses and furnish the information set forth under Rule 194.2(f) as follows:

**(a) 5/12/2025**    Experts for parties seeking affirmative relief.
**(b) 6/11/2025**    All other experts.

**3. 7/28/2025**    **MEDIATION.**  Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4. 8/11/2025**    **DISCOVERY.**  Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**    **DISPOSITIVE MOTIONS.**  Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a)**    No-evidence motions for summary judgment may only be heard after this date.
**(b) 8/11/2025**    All dispositive motions or pleas must be heard.

**6. 8/11/2025**    **CHALLENGES TO EXPERT TESTIMONY**.  All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 7/11/2025**    **PLEADINGS**.  Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 8/22/2025**    **DOCKET CALL.**  Parties must be prepared to discuss all aspects of trial with the Court at TIME: 09:00 AM. Failure to appear will be grounds for dismissal for want of prosecution.

**9. 9/9/2025**    **TRIAL.**  This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED

FORREST J WYNN
3555 TIMMONS LANE, STE. 1000                24037750
HOUSTON, TX 77027

**LATOSHA LEWIS PAYNE**
**JUDGE, 55TH DISTRICT COURT**
**Date Generated: 10/21/2024**          JCVO02

Case No. 202458616                                                      **DCORX**

QUINTANILLA, CARLOS (JR)                    *              IN THE DISTRICT COURT OF
                                            *
vs.                                         *              HARRIS COUNTY, TEXAS
                                            *
BROWN, JASON                                *              55th JUDICIAL DISTRICT
                                            *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 3/13/2025**    **JOINDER**.  All parties must be added and served, whether by amendment or third-party practice. The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.

**2.**    **EXPERT WITNESS DESIGNATION**.  Parties must designate expert witnesses and furnish the information set forth under Rule 194.2(f) as follows:

**(a) 5/12/2025**    Experts for parties seeking affirmative relief.
**(b) 6/11/2025**    All other experts.

**3. 7/28/2025**    **MEDIATION.**  Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4. 8/11/2025**    **DISCOVERY.**  Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**    **DISPOSITIVE MOTIONS.**  Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a)**    No-evidence motions for summary judgment may only be heard after this date.
**(b) 8/11/2025**    All dispositive motions or pleas must be heard.

**6. 8/11/2025**    **CHALLENGES TO EXPERT TESTIMONY**.  All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 7/11/2025**    **PLEADINGS**.  Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 8/22/2025**    **DOCKET CALL.**  Parties must be prepared to discuss all aspects of trial with the Court at TIME: 09:00 AM. Failure to appear will be grounds for dismissal for want of prosecution.

**9. 9/9/2025**    **TRIAL.**  This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED

MUHAMMAD SULEIMAN AZIZ                                    **LATOSHA LEWIS PAYNE**
800 COMMERCE                          24043538           **JUDGE, 55TH DISTRICT COURT**
HOUSTON, TX 77002                                        **Date Generated: 10/21/2024**        JCVO02