==Exhibit C==

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS QUINTANILLA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:24-CV-4160 |
| | § | |
| JASON BROWN, C R TRANSPORT, | § | JURY DEMAND |
| INC., AND LYONDELL CHEMICAL | § | |
| COMPANY | § | |
| | § | |
| *Defendants.* | § | |

### LIST OF COUNSEL

**ABRAHAM, WATKINS, NICHOLS, AGOSTO, AZIZ & STOGNER**
Muhammad S. Aziz
Morgan F. Mills
800 Commerce Street
Houston, Texas 77002
Telephone (713)222-7211

AND

**SHANE PELLERIN LAW FIRM, P.C.**
 Shane R. Pellerin
7341 Spencer Highway
Pasadena, Texas 77505
Telephone (281)217-6804

**COUNSEL FOR PLAINTIFF**

**HICKS DAVS WYNN, P.C.**

Forrest J. Wynn
Mary D. Borrego
Abby Lampercht
3555 Timmons Lane, Ste. 1000
Houston, Texas 77027
Telephone (713)589-2240

**COUNSEL FOR DEFENDANT LYONDELL CHEMICAL COMPANY**

**MACDONALD DEVIN MADDEN KENEFICK & HARRIS, P.C.**

Jennifer A. Cheek
Patrick F. Madden
12770 Coit Road, Ste 1100
Dallas, Texas 75251
Phone (214)744-3300

**COUNSEL FOR DEFENDANTS CR TRANSPORT AND JASON BROWN**