Office of Harris County District Clerk - Marilyn Burgess

| HCDistrictclerk.com | QUINTANILLA, CARLOS (JR) vs. BROWN, JASON | 10/28/2024 |
|---|---|---|
| | Cause: 202458616    CDI: 7    Short: 055 | |

**Exhibit D**

## APPEALS

No appeals found.

## COST STATEMENTS

No Cost Statements found.

## TRANSFERS

No Transfers found.

## POST TRIAL WRITS

No Post Trial Writs found.

## ABSTRACTS

No Abstracts found.

## NOTICES

No Notices found.

## SUMMARY

| CASE DETAILS | | CURRENT PRESIDING JUDGE | |
|---|---|---|---|
| **File Date** | 9/3/2024 | **Short** | 055th |
| **Case (Cause) Location** | | **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:8329272650 |
| **Case (Cause) Status** | Ready Docket | | |
| **Case (Cause) Type** | PERSONAL INJ (NON-AUTO) | **JudgeName** | LATOSHA LEWIS PAYNE |
| **Next/Last Setting Date** | 8/22/2025 | **Short Type** | Civil |
| **Jury Fee Paid Date** | 10/22/2024 | | |

## ACTIVE PARTIES

| Name | Kind | Post Jdgm | Attorney |
|---|---|---|---|
| QUINTANILLA, CARLOS (JR) | PLAINTIFF - CIVIL | | AZIZ, MUHAMMAD SULEIMAN |
| BROWN, JASON | DEFENDANT - CIVIL | | MADDEN, PATRICK FRANCIS |
| 111 VINSON STREET, WEST MONROE, LA 71292 | | | |
| CR TRANSPORT INC | DEFENDANT - CIVIL | | MADDEN, PATRICK FRANCIS |
| 124 W WASHINGTON ST, MORRIS, IL 60450 | | | |
| LYONDELL CHEMICAL COMPANY | DEFENDANT - CIVIL | | WYNN, FORREST J |
| 1999 BRYAN STREET SUITE 900, DALLAS, TX 75201 | | | |

CR TRANSPORT INC (A FOREIGN FOR PROFIT          REGISTERED AGENT
CORPORATION) BY SERVING ITS

      124 W WASHINGTON STREET, MORRIS, IL 60450

LYONDELL CHEMICAL COMPANY (A FOREIGN          REGISTERED AGENT
FOR PROFIT CORPORATION) BY

      1999 BRYAN STREET SUITE 900, DALLAS, TX 75201

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume / Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|---------------|-----------------|---------------|
| 10/21/2024 | DESIGNATED TRIAL READY | | | 0 | | | |
| 10/21/2024 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 10/21/2024 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 10/21/2024 | JURY DEMAND MADE (TRCP 216) | | | 0 | | | |
| 10/21/2024 | ANSWER ORIGINAL PETITION | | | 0 | | MADDEN, PATRICK FRANCIS | BROWN, JASON |
| 10/21/2024 | ANSWER ORIGINAL PETITION | | | 0 | | MADDEN, PATRICK FRANCIS | CR TRANSPORT INC |
| 9/24/2024 | ANSWER ORIGINAL PETITION | | | 0 | | WYNN, FORREST J | LYONDELL CHEMICAL COMPANY |
| 9/3/2024 | ORIGINAL PETITION | | | 0 | | AZIZ, MUHAMMAD SULEIMAN | QUINTANILLA, CARLOS (JR) |

## SETTINGS

| Date | Short | Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|------|-------|-----------|-------------|--------|---------|----------|------------------|
| 8/22/2025 09:00 AM | 055 | | Trial Coordinators Docket | DOCKET CALL (MOTION FOR) | | | |
| 9/09/2025 09:00 AM | 055 | | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|------------|--------|-----------|--------|--------|----------|----------|----------|------------|
| CITATION (NON-RESIDENT CORPORATE) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | C R TRANSPORT INC (A FOREIGN FOR PROFIT CORPORATION) BY SERVING ITS | 9/3/2024 | 9/5/2024 | 9/27/2024 | | | 74371457 | E-MAIL |
| | | | 124 W WASHINGTON STREET MORRIS IL 60450 | | | | | | | |
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | LYONDELL CHEMICAL COMPANY (A FOREIGN FOR PROFIT CORPORATION) BY | 9/3/2024 | 9/5/2024 | 9/9/2024 | | | 74371459 | E-MAIL |

Office of Harris County District Clerk - Marilyn Burgess

1999 BRYAN STREET SUITE 900 DALLAS TX 75201

| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | BROWN, JASON 9/3/2024 | 9/5/2024 9/7/2024 | 74371465 | E-MAIL |

111 VINSON STREET WEST MONROE LA 71292

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 117100131 | DOCKET CONTROL ORDER | | 10/21/2024 | 4 |
| 117113504 | Defendant C R Transport Inc. Original Answer | | 10/21/2024 | 8 |
| 117113506 | Defendant Jason Brown's Original Answer | | 10/21/2024 | 7 |
| | Defendant Jason Brown's Original Answer | | 10/21/2024 | |
| 116787367 | Citation Return | | 10/02/2024 | 2 |
| 116765685 | Service Return | | 10/01/2024 | 2 |
| 116628384 | Defendant Lyondell Chemical Company's Original Answer | | 09/24/2024 | 6 |
| 116537635 | Citation Return- Defendant Lyondell Chemical Company | | 09/18/2024 | 2 |
| 116277949 | eIssue: Citation (NonRes - Corporate) | | 09/05/2024 | 2 |
| 116277960 | eIssue: Citation Corporate | | 09/05/2024 | 2 |
| 116277971 | eIssue: CITATION NON-RESIDENT | | 09/05/2024 | 2 |
| 116228676 | Plaintiff's Original Petition | | 09/03/2024 | 11 |
| ·> 116228678 | Request For Issuance Of Service | | 09/03/2024 | 3 |