Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS QUINTANILLA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:24-CV-4160 |
| | § | |
| JASON BROWN, C R TRANSPORT, | § | JURY DEMAND |
| INC., AND LYONDELL CHEMICAL | § | |
| COMPANY | § | |
| | § | |
| *Defendants.* | § | |

### LYONDELL CHEMICAL COMPANY'S NOTICE OF CONSENT TO REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, LYONDELL CHEMICAL COMPANY files this Consent to Removal under 28 U.S.C. §1446(b)(2), for the Notice of Removal filed by co-Defendant, Jason Brown and CR Transport, Inc., and would show:

1.    Plaintiff is Carlos Quintanilla; defendants are Jason Brown, CR Transport, Inc., and Lyondell Chemical Company (improperly joined)(collectively referred to as "Defendants").

2.    On September 2, 2024, Plaintiff sued Defendants for injuries allegedly sustained on April 1, 2024 from a motor vehicle accident. That lawsuit styled: *Carlos, Quintanilla, Jr. v. Jason Brown, CR Transport, Inc., and Lyondell Chemical Company,* was filed under Cause No. 2024-58616 in the 55th Judicial District Court of Harris County, Texas.

3.    Defendant, Lyondell Chemical Company, was served on September 5, 2024.

4.    On October 28, 2024, Defendants Brown and CR Transport, Inc. filed a Notice of Removal to federal court.

5.    Pursuant to 28 U.S.C. §1446 (b)(2)(C), Lyondell Chemical Company agrees with

**DEFENDANT LYONDELL CHEMICAL COMPANY'S NOTICE OF**
**CONSENT TO REMOVAL**                                                    **PAGE 1 OF 2**
2751.102

the Notice of Removal and consents to removal of this suit to federal court.

WHEREFORE, Defendant Lyondell Chemical Company, submits its consent to the Removal of this matter under 28 U.S.C. §1446(b)(2) and prays for all other relief to which it shows itself entitled.

Respectfully submitted,

**HICKS DAVIS WYNN, P.C.**

*/s/ Mary D. Borrego (with permission)*
**FORREST J. WYNN**
Texas Bar No. 24037750
fwynn@hdwlegal.com
**MARY D. BORREGO**
Texas Bar No. 24107709
mborrego@hdwlegal.com
**ABBY LAMPRECHT**
Texas Bar No. 24140753
alamprecht@hdwlegal.com

3555 Timmons Lane, Suite 1000
Houston, Texas 77027
Telephone (713) 589-2240
Facsimile (713) 277-7220

**ATTORNEYS FOR DEFENDANT
LYONDELL CHEMICAL
COMPANY**